UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:08-HC-2176-BR

UNITED STATES OF AMERICA
     Petitioner,

v.

STEVEN CARTER
Reg. No. 36988-007,
     Respondent.

ORDER

    This matter comes before the court on the government's 19 July 2010 motion to file an independent psychiatric report under seal. The motion represents that respondent does not oppose the motion.

    By order filed 4 February 2010, the court directed the parties to file "any future forensic evaluations or other psychological or psychiatric documents in this case under seal[.]" (2/4/10 Order at 1.) The instant motion is DENIED AS MOOT, and the Clerk is DIRECTED to treat the report filed 19 July 2010 as a sealed document.

    This 21 July 2010.

                         _____
                           W. Earl Britt
                           Senior U.S. District Judge